JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7301
   Facsimile: (415) 436-6753
   E-Mail:    Christine.Wong@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 09-0707 JSW |
| ) | |
| v. ) | |
| ) | STIPULATION AND [PROPOSED] |
| ) | ORDER DOCUMENTING WAIVER |
| GARY MOORE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On October 1, 2009, defendant Gary Moore, appeared with his counsel, Rita Bosworth, Esq., before the Honorable Jeffrey S. White for a status conference on the above-captioned matter. Defendant Gary Moore was ordered to next appear before the Court on October 29, 2009. With the agreement of the parties and with the consent of the defendant, the Court enters this order confirming the exclusion of time under the Speedy Trial Act from October 1, 2009 through October 29, 2009. The parties agree and stipulate, and the Court finds and holds, as follows:

1.     On October 1, 2009, defendant Gary Moore, appeared with his counsel, Rita Bosworth, Esq., before the Honorable Jeffrey S. White for a status conference on the above-captioned indictment.  At counsel's request, defendant Gary Moore was ordered to next appear before the Court on October 29, 2009.  The parties requested, and the Court ordered, the exclusion of time under the Speedy Trial Act from October 1, 2009 through October 29, 2009, to allow defense counsel to continue to review and discuss the discovery with the defendant, which would ensure the effective preparation of counsel.

2.     Accordingly, the Court finds that the ends of justice served by excluding the period from October 1, 2009 to October 29, 2009 from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial, by ensuring the effective preparation of counsel, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

STIPULATED:

DATED: October 8, 2009          /s Rita Bosworth
                                RITA BOSWORTH, ESQ.
                                Attorney for GARY MOORE

DATED: October 8, 2009          /s Christine Y. Wong
                                CHRISTINE Y. WONG
                                Assistant United States Attorney

IT IS SO ORDERED.

DATED: October 8__, 2009        _____
                                HON. JEFFREY S. WHITE
                                United States District Judge

-2-