```
1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  CHRISTINE Y. WONG (NYBN 3988607)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7301
7      Facsimile: (415) 436-6753
       E-Mail:    Christine.Wong@usdoj.gov
8
   Attorneys for the United States of America
9
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. 09-0707 JSW |
|---|---|
| v. | ) |
| | ) STIPULATION AND [PROPOSED] |
| | ) ORDER DOCUMENTING WAIVER |
| GARY MOORE, | ) |
| Defendant. | ) |

On October 29, 2009, defendant Gary Moore, appeared with his counsel, Rita Bosworth, Esq., before the Honorable Jeffrey S. White for a status conference on the above-captioned matter. Defendant Gary Moore was ordered to next appear before the Court on December 3, 2009. With the agreement of the parties and with the consent of the defendant, the Court enters this order confirming the exclusion of time under the Speedy Trial Act from October 29, 2009 through December 3, 2009. The parties agree and stipulate, and the Court finds and holds, as follows:

1. On October 29, 2009, defendant Gary Moore, appeared with his counsel, Rita Bosworth, Esq., before the Honorable Jeffrey S. White for a status conference on the above-captioned indictment. At counsel's request, defendant Gary Moore was ordered to next appear before the Court on December 3, 2009. The parties requested, and the Court ordered, the exclusion of time under the Speedy Trial Act from October 29, 2009 through December 3, 2009, to allow defense counsel to continue to review and discuss legal and factual issues with the defendant, which would ensure the effective preparation of counsel.

2. Accordingly, the Court finds that the ends of justice served by excluding the period from October 29, 2009 to December 3, 2009 from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial, by ensuring the effective preparation of counsel, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

STIPULATED:

DATED: October 29, 2009  /s Rita Bosworth
RITA BOSWORTH, ESQ.
Attorney for GARY MOORE

DATED: October 29, 2009  /s Christine Y. Wong
CHRISTINE Y. WONG
Assistant United States Attorney

IT IS SO ORDERED.

DATED: October 30, 2009
HON. JEFFREY S. WHITE
United States District Judge

-2-