BARRY J. PORTMAN
Federal Public Defender
RITA BOSWORTH
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant MOORE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-707 JSW |
| ) Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING |
| v. ) ) | **CURRENT HEARING DATE:** April 22, 2010, at 2:30 p.m. |
| GARY MOORE, ) ) Defendant. ) ) | **PROPOSED HEARING DATE:** May 27, 2010, at 2:30 p.m. |
| _____ ) | |

1. Mr. Moore is currently scheduled to enter a plea and be sentenced on April 22, 2010. The parties come before the Court stipulating to continue the hearing to May 27.

2. It recently came to defense counsel's attention that Mr. Moore has a medical history that may serve as a mitigating factor at his sentencing.

3. Defense counsel has requested Mr. Moore's medical documents but has only received some of them. Though regular calls are being made to ensure speedy delivery, there is no estimate on when they will be provided.

4. Mr. Moore believes that the medical documents must be reviewed prior to sentencing in order to give the Court a full and accurate view of his past and to ensure that all mitigating evidence is presented. Continuing the sentencing hearing will allow defense counsel

Stip. & [Proposed] Order to Continue Hearing;
*U.S. v. Moore*, CR 09-707 JSW           1

|   |   |
|---|---|
| 1 | to receive and review the records as well as conduct any further investigation that may arise as a |
| 2 | result of what is contained in the records. |
| 3 |     5.    Neither government counsel nor the probation officer have any objection to |
| 4 | continuing the sentencing to May 27. |
| 5 |     6.    Mr. Moore agrees that the time from April 22, 2010, to May 27, 2010, should be |
| 6 | excluded under the Speedy Trial Act for effective preparation of counsel. |

IT IS SO STIPULATED.

March 15, 2010                  /s/
DATED                         RITA BOSWORTH
                                   Assistant Federal Public Defender

March 15, 2010                  /s/
DATED                         CHRISTINE WONG
                                   Assistant United States Attorney

IT IS SO ORDERED.

March 16, 2010
DATED                         JEFFREY S. WHITE
                                   United States District Judge